**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ADVERSARY PROCEEDING #-8:04-ap-00565-ALP__**

In re:

Eagles Reserve Homeowners Association, Inc.

Debtor(s)

Case No. 04-13418-8P1
Chapter 11

Kenneth P. Klak,

Plaintiff(s),

vs.

Eagles Reserve Homeowners Association, Inc.

Defendant(s).

Adv. Pro. No.8:04-ap-00565-ALP

# MOTION FOR LEAVE FOR LIMITED APPEARANCE AND MOTION TO CONTINUE HEARING SET FOR 8-22-2006

Please take notice that the undersigned hereby moves this honorable court for leave to a appear on a limited basis in the above styled cause on behalf of several residents of Eagles Reserve subdivision non-board of director members of the Eagles Reserve Homeowners Association. The limited appearance would be confined to:

1. Argue the merits of rehearing/reconsideration of Order titled Order Denying Motion for Relief From Automatic Stay for Remand filed by Gail Fern.

2. However, since the undersigned was retained only August 17, 2006, there appears to be insufficient time to prepare for the hearing unless this honorable Court allows a short continuance to prepare for such an argument on the merits.

3. Should this honorable Court not require a memorandum of law in support of the argument, the undersigned could be prepared for the hearing on August 22, 2006.

4. At the present time those on behalf of whom the undersigned would appear include Elizabeth Sonnet, 1800 Lago Vista Blvd., Palm Harbor, FL 34685; Kevin Moran, 1695 Arabian Lane, Palm Harbor, FL 34685;Gerry R. Cline, 1594 Lago Vista Blvd., Palm Harbor, FL 34685; Enid Gaud and Fernando Arroyo, 5159 Jasmine Way, Palm Harbor, FL 34685, owners of 1502 Lago Vista, Palm Harbor, FL 34685. Charles Hasser, James Cobb, 1722 Arabian Ln., Palm Harbor, FL 34685.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing to the below service list, this 18th day of August 2006.

GEORGE I. SANCHEZ, P.A.

/S/________________________

George I. Sanchez, Esq.
3906 Tampa Rd. Suite D
Oldsmar, FL 34677
(813) 854-5515 (727) 789-2222
Florida Bar No. 460257

R. John Cole, Esq.
46 N. Washington Blvd.
Suite 24
Sarasota, FL 33602

Office of The U.S. TRUSTEE
T. Boatner
Timberlake Annex
501 E.Polk St. Suite 1200
Tampa, FL 33602